IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 11-21-1 |
| MIGUEL RAMIREZ | : |

ORDER

AND NOW, this 30th day of Sept., 2011, upon motion of the United States of America requesting that the indictment in the above-captioned case be dismissed, and with the consent of the defendant thereto, it is hereby

ORDERED

that the indictment in the above-captioned matter is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE ROBERT F. KELLY
*Senior Judge, United States District Court*

xc: R Kornylak, AUSA
G. Pagano, Esq
Probation
Pretrial
Marshals (200)
Speedy Trial